Angelo Perciabosco, d/b/a Rex Electric Shop, Plaintiff-Appellee, v. Albert Pranno, Defendant-Appellant.

Gen. No. M–51,647. (Abstract of Decision.)

First District, First Division.

October 9, 1967.

Reginald A. Barnett, of Chicago, for appellant; James P. Chapman and Anthony J. Bosco, of Chicago, for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.